UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATANSIA JEAN POOLE,

    Plaintiff,                                   Civil Action No. 14-CV-10512

vs.                                              HON. BERNARD A. FRIEDMAN

CITIMORTGAGE, INC., et al.,

    Defendants.
_____/

**<u>ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

        This matter is presently before the Court on two defense motions for summary judgment [docket entries 19 and 25]. Magistrate Judge R. Steven Whalen has submitted a Report and Recommendation ("R&R") in which he recommends that both motions be granted. No party has objected to the R&R and the objection period has expired. The Court has reviewed the parties' motions and the R&R and agrees with the magistrate judge's analysis and recommendation. Accordingly,

        IT IS ORDERED that defendants' motions for summary judgment are granted.


                                                      S/ Bernard A. Friedman___
                                                      BERNARD A. FRIEDMAN
                                                      SENIOR UNITED STATES DISTRICT JUDGE

Dated: September 24, 2014
        Detroit, Michigan